UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:15-00037 |
| | ) | JUDGE CAMPBELL |
| BOBBY DEANDRAE ROBERTSON | ) | |

ORDER

Pending before the Court is a Motion to Withdraw as Counsel (Docket No. 327). The Court held a hearing on the Motion on December 10, 2015. The Motion to Withdraw as Counsel was withdrawn.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE